1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**

9                       **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   JAMES WAYNE HENDRIX,                        Civil No.    06-0078 BEN (NLS)

12                                  Petitioner,
                                                 **ORDER** *SUA SPONTE* **SUBSTITUTING**
13                      v.                       **RESPONDENT**

14   JAMES TILTON, Acting Secretary,

15                                  Respondent.

16

17        On January 12, 2006, Petitioner, proceeding pro se, submitted a Petition for Writ of

18   Habeas Corpus pursuant to 28 U.S.C. § 2254.  At the time of filing, Petitioner was apparently

19   housed at Chuckawalla Valley State Prison and thus named J.F. Salazar, Warden, and R.Q.

20   Hickman as Respondents.  Based on the notice of change of address Petitioner submitted to the

21   Court on November 22, 2006, it appears Petitioner is no longer housed at Chuckawalla Valley

22   State Prison; rather, it appears he is presently incarcerated at Ironwood State Prison in Blythe,

23   California.

24        A writ of habeas corpus acts upon the custodian of the state prisoner.  *See* 28 U.S.C.

25   § 2242; Rule 2(a), 28 U.S.C. foll. § 2254.  Because Petitioner's place of custody has changed,

26   so has his custodian.  Accordingly, in order to conform with the requirements of Rule 2(a) of the

27   Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is

28   transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution

K:\COMMON\EVERYONE\_EFILE-PROSE\NLS\06cv0078suasponte.wpd, 11306                    -1-                                        06cv0078

1  of James Tilton, Acting Secretary of the California Department of Corrections and

2  Rehabilitation, as Respondent in place of "J.F. Salazar" and "Ronald Hickman." *See Ortiz-*

3  *Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254

4  proceedings may be the chief officer in charge of state penal institutions).  The Clerk of the

5  Court shall modify the docket to reflect "James Tilton, Acting Secretary " as respondent in place

6  of "J.F. Salazar" and "R.Q. Hickman."

7  **IT IS SO ORDERED.**

8  DATED:  November 30, 2006

9

10  Hon. Nita L. Stormes
    U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28